```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 38012
   RANDOLPH ARMSTRONG
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0756

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/16/2005 and was confirmed 12/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                               PAID         PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG           .00             .00          .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE      21310.22             .00      7310.80
BANK OF NEW YORK         NOTICE ONLY       NOT FILED             .00          .00
DANIEL M MOULTON         DEBTOR ATTY        1,700.00                     1,700.00
TOM VAUGHN               TRUSTEE                                           539.20
DEBTOR REFUND            REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              9,550.00

PRIORITY                                          .00
SECURED                                      7,310.80
UNSECURED                                         .00
ADMINISTRATIVE                               1,700.00
TRUSTEE COMPENSATION                           539.20
DEBTOR REFUND                                     .00
                   ---------------        ---------------
TOTALS               9,550.00                9,550.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 05/23/08          _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```